IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

DARYL J. KOLLMAN,

                      Plaintiff,

v.

AMERICAN INTERNATIONAL GROUP INC.,
and NATIONAL FIRE INSURANCE CO. OF
PITTSBURG, PA.,

                      Defendants.

Civil No. 04-3106-CO

O R D E R

      Magistrate Judge Cooney filed his Findings and Recommendation on May 16, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

      THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Cooney's Findings and Recommendation.

      Dated this  9  day of June, 2005.

                                                /s/ Ann Aiken
                                  Ann Aiken, United States District Judge