IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DARYL J. KOLLMAN, | Civ. No. 04-3106-CO |
| | O R D E R |
| Plaintiff, | |
| vs. | |
| NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, P.A., a foreign corporation, | |
| Defendant. | |

AIKEN, Judge:

Magistrate Judge Cooney filed his Findings and Recommendation on June 13, 2005. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a de novo determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Defendant has timely filed objections. I have, therefore, given the file of this case a de novo review. I ADOPT the Magistrate's Findings and Recommendation (doc. 51) that

1 - ORDER

defendant's motion to dismiss or alternatively to stay (doc. 14) is denied.

IT IS SO ORDERED.

Dated this ___ day of September 2005.

_____
Ann Aiken
United States District Judge

2 - ORDER