FILED'07 MAR 15 14:15USDC-ORN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DARYL J. KOLLMAN,

    Plaintiff,

  v.

NATIONAL UNION FIRE INSURANCE CO.
OF PITTSBURGH,

    Defendant.
_____

CELL TECH INTERNATIONAL, INC.,
individually and on behalf of
its former directors,

    Plaintiff-in-Intervention,

  v.

NATIONAL UNION FIRE INSURANCE CO.
OF PITTSBURGH,

    Defendant-in-Intervention.

Civ. No. 04-3106-CO

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge John P. Cooney has filed a Findings and Recommendation, and the matter is now before this court. <u>See</u> 28

1 -- ORDER

U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). When either party objects to any portion of a Magistrate Judge's Findings and Recommendation, the district court makes a <u>de novo</u> determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(C); <u>McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.</u>, 656 F. 2d 1309, 1313 (9th Cir. 1981).

Here, defendant National Union Fire Insurance Co. of Pittsburgh objects to the Findings and Recommendation. I have, therefore, given this matter <u>de novo</u> review. I adopt the Findings and Recommendation.

## CONCLUSION

Magistrate Judge Cooney's Findings and Recommendation (#144) is adopted. Defendant's motion for summary judgment (#78) is denied, and plaintiff's motion for partial summary judgment (#89) as to defendant's affirmative defenses is granted except as to affirmative defense no. 10.

IT IS SO ORDERED.

DATED this 15 day of March, 2007.

*(signature)*
OWEN M. PANNER
U.S. DISTRICT COURT JUDGE

2 - ORDER