Bruce Cully Moore  OSB No.: 80315
bruce@mooreslaw.com
Moore & Associates
96 E. Broadway, Suite 7
P.O. Box 11833
Eugene, OR  97401
Telephone: (541) 345-2691
Facsimile: (541) 345-0101

Attorneys for Plaintiff Kollman
and _Helen Frazer, Trustee_

IN THE UNITED STATES UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| DARYL J. KOLLMAN<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA., a foreign corporation<br><br>Defendant. | 1:04-cv-3106-MC (Lead Case)<br>CONSOLIDATED CASES<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| CELL TECH INTERNATIONAL, INC., a Delaware corporation<br><br>Plaintiff-In-Intervention,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA., a foreign corporation<br><br>Defendant-In-Intervention. | |

The PARTIES, through their attorneys of record, hereby stipulate and agree that the above-captioned action, including all claims, shall be voluntarily dismissed with prejudice, and

with each party bearing its own costs and fees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The parties move the Court to enter an order dismissing the lawsuit with prejudice and without an award of fees or costs to any party.

DATED: September 20, 2018

**GORDON & REES LLP**

By: *s/ Donald J. Verfurth*
Donald J. Verfurth, OSB No. 066480
Neal J. Philip OSB No. 070339
Attorneys for National Union Fire Insurance
Company of Pittsburgh, Pa.

DATED: September 20, 2018

**MOORE & ASSOCIATES**

By: *s/Bruce C. Moore*
Bruce C. Moore, OSB No.80315
Attorneys for Plaintiff Kollman
and Helen Frazer, Trustee

## ORDER

IT IS SO ORDERED that this lawsuit is dismissed with prejudice and without an award of fees or costs to any party on this __24__ day of September, 2018.

_____
The Honorable Michael McShane
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

Donald J. Verfurth
Gordon Rees Scully Mansukhani, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
dverfirtj@grsm.com

Starla J. Goff
c/o Slinde Nelson Stanford
111 SW Fifth Avenue, Suite 1740,
Portland, Oregon 97204
starla.goff@gmail.com

Keith Pitt
Slinde Nelson Stanford
111 SW Fifth Avenue, Ste 1740
Portland, OR 97204
keith@slindenelson.com

Craig J. Capon
Harrang Long Gary Rudnick PC
360 E. 10th Avenue, Suite 300
Eugene, OR 97401
craig.j.capon@harrang.com

s/Jennifer L. Crowe
_____, Legal Assistant

STIPULATION AND ORDER OF DISMISSAL
1051480.40345036v.1 WITH PREJUDICE- PAGE 3

(1:04-cv-3106-PA (Lead Case))